**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-1132**

---

In re:  PHILIP JAY FETNER,

       Appellant.

PJF LIMITED (FAMILY) PARTNERSHIP, d/b/a Coachman Farms, d/b/a Golden Zebra,

       Debtor,

      v.

WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR BCAT 2017-19-TT,

       Creditor,

THOMAS P. GORMAN,

       Trustee - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Anthony John Trenga, Senior District Judge.  (1:21-cv-00937-AJT-IDD)

---

Submitted:  November 30, 2023             Decided:  March 1, 2024

---

Before GREGORY, HARRIS, and BENJAMIN, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Philip Jay Fetner, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Philip Jay Fetner seeks to appeal the district court's order referring him to the United States Attorney for the Eastern District of Virginia for a possible criminal contempt prosecution. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). Because the district court has not found Fetner to be in contempt, nor has it imposed any other sanction, we lack jurisdiction to review the district court's order. *See Adkins v. Christie*, 227 F. App'x 804, 806 (11th Cir. 2007); *Teaford v. Ford Motor Co.*, 338 F.3d 1179, 1181-82 (10th Cir. 2003); *United States v. McCorkle*, 321 F.3d 1292, 1298-99 (11th Cir. 2003). Accordingly, we dismiss this appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

3